■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK MORGAN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated May 8, 1961, which denied, after a hearing, his application to vacate a judgment of said court, rendered November 19, 1943, after a jury trial, convicting him of robbery in the first degree, grand larceny in the second degree and assault in the second degree, and imposing sentence upon him as a second felony offender. Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOSEPH NELSON, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Westchester County, dated November 13, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered February 10, 1958 on his plea of guilty, convicting him of sodomy in the first degree, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN NETTINGHAM, Appellant.— Appeal by defendant from a judgment of the County Court, Orange County, rendered April 22, 1960 after a jury trial, convicting him of (a) possession of a narcotic with intent to sell; and (b) sale of a narcotic (Penal Law, § 1751, subds. 1, 2), and imposing sentence. Judgment affirmed. In the absence of objection on constitutional grounds, or inquiry indicating that the lawfulness of the alleged search and seizure is questioned, the defendant, on an appeal, may not take advantage of the determination in *Mapp* v. *Ohio* (367 U. S. 643). (See *People* v. *Loria*, 10 N Y 2d 368; *People* v. *Friola*, 11 N Y 2d 157; *People* v. *O'Neill*, 11 N Y 2d 148.) Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT REATZ, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered January 19, 1962, on his plea of guilty, convicting him of robbery in the second degree, unarmed, and imposing sentence upon him as a third felony offender. Judgment affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.